IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| SANDRINI SCOTT, Individually and as Personal Representative of the Estate of Decedent FABIAN AVERY, III,<br><br>    Plaintiff,<br><br>v.<br><br>THE CITY OF PELHAM, GEORGIA, through DOUG WESTBERRY, CITY MANAGER; PELHAM POLICE DEPARTMENT, through CHIEF NEALIE MCCORMICK; CHRISTOPHER COX; JESSICA DAVIS; SANDRA EDWARDS; ROLAND M. BROWN, M.D.; CORRECTION MED, INC.; and MARY L. KINCAID, LPN,<br><br>    Defendants. | CIVIL ACTION FILE NO.<br>1:12-CV-117(WLS) |

## STIPULATION OF DISMISSAL

Plaintiffs and Defendants, through undersigned counsel, hereby stipulate to the dismissal with prejudice of this lawsuit pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii). All parties will bear their own legal fees and cost.

**FREEMAN MATHIS & GARY, LLP**

/s/ *Philip W. Savrin*
Philip W. Savrin
Georgia Bar No. 627836
Michael D. Flint
Georgia Bar No. 264725
J. Scott Rees
Georgia Bar No. 598108
*Attorneys for Defendants City of Pelham, Pelham Police Department, Christopher Cox, Jessica Davis, and Mary L. Kincaid*

100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948
Telephone: (770) 818-0000
Facsimile: (770) 937-9960

**LEE DURHAM, LLC**

/s/ *Joseph P. Durham, Jr.*
Joseph P. Durham, Jr.
jdurham@leedurham.com
State Bar No. 235524
Donald W. Lee
fredlee@leedurham.com
State Bar No. 443097
Lauren M. Brock
lbrock@leedurham.com
State Bar No. 027652
*Attorneys for Defendant Sandra Edwards*

Post Office Box 607
Albany, GA 31702-0607
(229) 431-3036 Telephone
(229) 431-2249 Facsimile

2

POPE, McGLAMRY, KILPATRICK,
MORRISON & NORWOOD, P.C.

/s/ Jay F. Hirsch
Jay F. Hirsch
Georgia Bar No. 357185
R. Timothy Morrison
Georgia Bar No. 525130
Kimberly J. Johnson
Georgia Bar No. 687678
M.J. Blakely, Jr.
Georgia Bar No. 708906
*Attorneys for Plaintiff Sandrini Scott,
Individually and as Personal Representative
of the Estate of Decedent Fabian Avery, III*

The Pinnacle, Suite 925
3455 Peachtree Road, N.E.
P.O. Box 191625 (31119-1625)
Atlanta, GA 30326-3243
(404) 523-7706
Fax (404) 524-1648
Email: efile@pmkm.com

ROLAND M. BROWN and
CORRECTIONAL MED, INC.

_____
Roland M. Brown, *pro se*
2801 S. Main Street
Moultrie, GA 31768

SO ORDERED this 8th day of May, 2013.

W. Louis Sands, Judge
United States District Court

3